## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JAMES SAMPLE, | : No. 104 EM 2014 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| COMMON PLEAS COURT OF | : |
| PHILADELPHIA COUNTY CLERK OF | : |
| THE COURT (CRIMINAL DIV.) AND | : |
| COMMON PLEAS COURT OF | : |
| PHILADELPHIA JUDGE HONORABLE | : |
| PETER F. ROGERS, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 16th day of September, 2014, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED**. The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's petition within 90 days of this order. The Prothonotary shall **STRIKE** the name of the jurist from the caption. .